577 F.2d 1133
 23 Wage & Hour Cas. (BN 1015, 84 Lab.Cas. P 33,718
 Marshall
v.
Sanitas Pest Control of Victoria, Inc.***
 No. 78-1003
 United States Court of Appeals, Fifth Circuit
 7/27/78
 
 1
 S.D.Tex.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966